STATE OF NEW JERSEY v. ERIC FLEMMINGS.

October 11, 1983.

Petition for certification denied.

VIVIAN ARONESTI RUDIN v. BARRY RUDIN.

October 11, 1983.

Petition for certification denied.

STATE IN THE INTEREST OF G.L.C.

October 11, 1983.

Petition for certification granted.

MARVIN F. MATLACK v. EDWARD A. KELLY, JR.,
BURLINGTON COUNTY CLERK.

October 11, 1983.

Petition for certification granted.